UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

CLINTON BALLARD,

                                  Plaintiff,

            -against-

CITY OF NEW YORK, POLICE OFFICER MICHAEL
DUGGAN, TAX I.D. 948475, POLICE OFFICER JUSTIN
BLACKMAN, TAX I.D. 948461,

                                  Defendants.
----------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 1384 (ILG)(RML)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

1. The above-referenced action is hereby dismissed with prejudice; and

[THE REST OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter

| | |
|---|---|
| Gerald Allen, Esq. <br> Goldberg & Allen, LLP <br> *Attorney for Plaintiff* <br> 49 West 37th Street, 7th Floor <br> New York, NY 10018 <br> (212) 766-3366 | MICHAEL A. CARDOZO <br> Corporation Counsel of the <br> City of New York <br> *Attorney for Defendants City of New York, Police Officer Michael Duggan and Police Officer Justin Blackman* <br> 100 Church Street <br> New York, New York 10007 <br> (212) 788-0735 |

By: _____
Gerald Allen, Esq.

By: _____
James F. Desmond, Jr.
Assistant Corporation Counsel

SO ORDERED:

s/ILG

HON. I. LEO GLASSER
UNITED STATES DISTRICT JUDGE

5/9/13

Dated: New York, New York
_____, 2013

2